FILED BY _Y_ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 DEC 14  PM 7:40

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,
    Plaintiff,

VS.                                                 No. 02-20135

RONALD TERRY,

    Defendant.

## ORDER AUTHORIZING CRIMINAL JUSTICE ACT FUNDING FOR TRANSCRIPTS OF SUPPRESSION HEARING

This cause came on to be heard on August 23, 2002 by the Honorable Julia Gibbons. The Court found the above named Defendant to be indigent and Ordered that the transcripts of the July 23, 2002 and July 24, 2002 suppression hearing should be paid for by the United States [record entries 46 and 47] via the Criminal Justice Act Fund.

It is, THEREFORE ORDERED, ADJUDGED AND DECREED that the transcripts of the July 23, 2002 and July 24, 2002 suppression hearing in the above styled case be paid for by the United States via the Criminal Justice Act Fund.

Entered this the 14th day of December 2005.

_____
United States District Judge

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 12-16-05



# Notice of Distribution

This notice confirms a copy of the document docketed as number 72 in case 2:02-CR-20135 was distributed by fax, mail, or direct printing on December 16, 2005 to the parties listed.

---

Jennifer Lawrence Webber
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Financial Unit
FINANCIAL UNIT
167 N. Main St.
Room 242
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT